IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et al.<br><br>    Defendants. | Case No. 18-cv-05854-CRB<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff requests leave to amend the Complaint to "the opportunity to cure any and all deficiencies" in his pleadings. Opp. to Mot. to Dismiss (Dkt. 13) at 10. Pursuant to Federal Rule of Civil Procedure 15(a)(2), this Court must freely give leave to amend where justice so requires. Fed. R. Civ. P. 15(a)(2). Plaintiff's request for leave to amend his Complaint is **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff is granted leave to file an amended complaint within thirty (30) days of the entry of this order.

Dated: December 3, 2018



CHARLES R. BREYER
United States District Judge