# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GUERRA, <br> Plaintiff, <br> v. <br> CITY OF SAN LEANDRO, et al., <br> Defendants. | Case No. 18-cv-05854-SK <br><br> **ORDER TO SHOW CAUSE** <br><br> Regarding Docket No. 55 |

Defendants timely submitted a case management statement for the upcoming case management conference currently set for December 16, 2019, at 1:30 p.m. (Dkt. 55.) Plaintiff did not submit any statement, and Defendants indicate that they have been unable to contact Plaintiff since the Court granted the motion to withdraw filed by Plaintiff's former attorneys, the Law Offices of John L. Burris. (Dkt. 53.) In their motion to withdraw, Plaintiff's former counsel indicated that they had also been unable to make contact with Plaintiff since sometime shortly before his failure to appear at the Early Neutral Evaluation on September 23, 2019. (Dkt. 43-3 (Sealed Dec. James Cook).) Pursuant to the Court's order, the Law Offices of John L. Burris served Plaintiff with a copy of the Court's order on the motion to withdraw. (Dkt. 54.) In the Order, the Court's order informed Plaintiff of the upcoming case management deadlines and encouraged him to seek either advice of counsel or assistance from the Legal Help Center. (Dkt. 53.)

Given Plaintiff's failure to comply with the case management and ADR deadlines in this matter, the Court issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall APPEAR IN PERSON at the case management conference to explain to the Court why the case should not be dismissed for failure to prosecute. To give Plaintiff adequate time to

1  comply with this order, the Court HEREBY CONTINUES the case management conference until
2  January 6, 2019, at 1:30 p.m.  Defendants need not file any additional case management statement
3  and may appear by telephone.  Counsel shall contact CourtCall at 888-882-6878 to arrange their
4  appearances.  The Clerk is directed to mail a copy of this order to Plaintiff.

5  Failure to comply with this Order by appearing in person at the case management
6  conference now set for January 6, 2019, at 1:30 p.m. to show cause to the Court why this action
7  should not be dismissed for failure to prosecute will result in dismissal of this case.

8  The Court again ADVISES Plaintiff that the *Handbook for Pro Se Litigants*, which is
9  available through the Court's website or in the Clerk's office, contains helpful information about
10 proceeding without an attorney.  The Court further advises Plaintiff that he also may wish to seek
11 assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982
12 for a free appointment with an attorney who may be able to provide basic legal help, but not legal
13 representation.

14 **IT IS SO ORDERED**.

15 Dated: December 10, 2019

_____
SALLIE KIM
United States Magistrate Judge