UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants. | Case No. 18-cv-05854-SK<br><br>**DISMISSAL**<br><br>Regarding Docket No. 56 |

On December 10, 2019, the Court issued an order to show cause why Plaintiff's claims should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. 56.) Plaintiff had failed to submit a case management conference statement for the December 16, 2019, case management conference and had previously failed to appear for the Early Neutral Evaluation scheduled in this matter. The Court continued the case management conference from December 16, 2019, to January 6, 2020, giving Plaintiff a final chance to appear in person and explain why the case should not be dismissed for failure to prosecute. (Dkt. 56.) Plaintiff did not appear on January 6, 2020, and has similarly given no other response to the Court's order to show cause. Accordingly, all parties having consented to the jurisdiction of the undersigned, the Court HEREBY DISMISSES this action. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: January 6, 2020



SALLIE KIM
United States Magistrate Judge